# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ADVANCED BIOTECH LLC., a California limited liability company, and DALE BARNES, a California individual,<br><br>Plaintiffs,<br><br>v.<br><br>BIOWORLD USA, INC., a California corporation; DONALD DAMSCHEN, a California individual, and DIANE BARNES, a California individual,<br><br>Defendants. | Case No. 1:19-cv-01215-LJO-SKO<br><br>**ORDER *re* JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER COMPLAINT**<br><br>**(Doc. 5)**<br><br>Action Filed:   August 30, 2019 |

The Court, having duly considered the parties' joint stipulation (Doc. 5), and good cause appearing, hereby ORDERS:

The deadline for Defendants BIOWORLD USA, INC., DONALD DAMSCHEN, and DIANE BARNES to respond to the Complaint is hereby extended to **January 3, 2020.**

IT IS SO ORDERED.

Dated:   **November 20, 2019**        /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE