# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ADVANCED BIOTECH LLC., a California limited liability company, and DALE BARNES, a California individual,<br><br>Plaintiffs,<br><br>v.<br><br>BIOWORLD USA, INC., a California corporation; DONALD DAMSCHEN, a California individual, and DIANE BARNES, a California individual,<br><br>Defendants. | Case No. 1:19-cv-01215-NONE-SKO<br><br>**ORDER *re* JOINT STIPULATION TO FILE AMENDED ANSWER AND EXTEND PLAINTIFFS' TIME TO RESPOND TO COUNTERCLAIMS**<br><br>**(Doc. 18)**<br><br>Action Filed:    August 30, 2019 |

The matter before the Court is Plaintiffs ADVANCED BIOTECH LLC and DALE BARNES and Defendants BIOWORLD USA, INC., DONALD DAMSCHEN, and DIANE BARNES ("Defendants") *Joint Stipulation to File Amended Answer and Extend Plaintiffs' Time To Respond to Counterclaims*. (Doc. 18.)  Having considered the parties' submission, and upon good cause appearing, the parties' request is GRANTED.  It is hereby ORDERED that:

 1. Defendants may file an Amended Answer within twenty-one (21) days of the date of this Order; and

 2. Plaintiffs' time to respond to Defendant BioWorld USA, Inc.'s counterclaims is similarly extended by twenty-one (21) days from the date of this Order.

IT IS SO ORDERED.

Dated:   **November 4, 2020**               /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2

[PROPOSED] ORDER *re* JOINT STIPULATION TO FILE AMENDED ANSWER
AND EXTEND PLAINTIFFS' TIME TO RESPOND TO COUNTERCLAIMS