1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ADVANCED BIOTECH LLC., a California limited liability company, and DALE BARNES, a California individual,<br><br>Plaintiffs,<br><br>v.<br><br>BIOWORLD USA, INC., a California corporation; DONALD DAMSCHEN, a California individual, and DIANE BARNES, a California individual,<br><br>Defendants. | Case No. 1:19-cv-01215-NONE-SKO<br><br>**ORDER ON JOINT STIPULATION TO FILE AMENDED COUNTERCLAIMS**<br><br>**(Doc. 22)**<br><br>Action Filed:   August 30, 2019 |

On November 30, 2020, the parties filed a Joint Stipulation to File Amended Counterclaims. (Doc. 22.) Although the Court approves the parties' stipulation as it relates to the filing of amended pleadings, for purposes of docket management, the operative pleadings must be filed on the docket separately.  Thus, Defendant BioWorld USA, Inc. must file its First Amended Counterclaims—the Court will not deem it filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within two (2) days from the date of this order, Defendant BioWorld USA, Inc. shall file a First Amended Counterclaims conforming to the amended counterclaims filed as an attachment to the Defendants' First Amended Answer (Doc. 21); and

2. Within fourteen (14) days from the filing of the First Amended Counterclaims, Plaintiffs shall file a responsive pleading.

IT IS SO ORDERED.

Dated:   **December 1, 2020**                        /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE