UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ADVANCED BIOTECH LLC., a California limited liability company, and DALE BARNES, a California individual,<br><br>Plaintiffs,<br><br>v.<br><br>BIOWORLD USA, INC., a California corporation; DONALD DAMSCHEN, a California individual, and DIANE BARNES, a California individual,<br><br>Defendants. | Case No. 1:19-cv-01215-JLT-SKO<br><br>**ORDER *re* JOINT STIPULATION TO FILE AMENDED COMPLAINT**<br><br>(Doc. 49) |

The matter before the Court is Plaintiffs ADVANCED BIOTECH LLC and DALE BARNES' ("Plaintiffs") and Defendants BIOWORLD USA, INC., DONALD DAMSCHEN, and DIANE BARNES' ("Defendants") Joint Stipulation to File Amended Complaint (the "Stipulation"). (Doc. 49.)   Having considered the Stipulation, and good cause appearing, the Court hereby GRANTS the parties' request.  Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall file the Amended Complaint and exhibits previously docketed with the Court (*see* Doc. 45) within five (5) days of the date of this Order.  Defendants shall respond to Plaintiffs' Amended Complaint within twenty-one (21) days after the Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **August 15, 2022**             /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE