# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ADVANCED BIOTECH LLC., a California limited liability company, and DALE BARNES, a California individual,<br><br>Plaintiffs,<br><br>v.<br><br>BIOWORLD USA, INC., a California corporation; DONALD DAMSCHEN, a California individual, and DIANE BARNES, a California individual,<br><br>Defendants. | Case No. 1:19-cv-01215-JLT-SKO<br><br>**ORDER *re* JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**(Doc. 56)** |

The matter before the Court is Plaintiffs ADVANCED BIOTECH LLC and DALE BARNES' and Defendants BIOWORLD USA, INC., DONALD DAMSCHEN, and DIANE BARNES' Joint Stipulation to Amend Scheduling Order (Doc. 56).  Having considered the parties' submission, and upon good cause appearing, the parties' request is GRANTED.

The Court hereby MODIFIES the Scheduling Order (doc. 48) as follows:

| Event | Due Date |
|---|---|
| Non-expert discovery deadline | 7/03/2023 |
| Disclosure of experts | 8/03/2023 |
| Disclosure of rebuttal experts | 9/05/2023 |
| Expert discovery deadline | 9/22/2023 |
| Non-dispositive pre-trial motion deadline | Filed by 10/6/2023 and heard by 11/15/2023 |
| Dispositive motion deadline | Filed by 11/17/2023 and heard by 12/22/2023 |
| Settlement conference date | 11/02/2023, REMAINS AS SET[1] |
| Pretrial conference date | 5/24/2024 at 1:30 pm |
| Trial date | 8/27/2024 at 8:30 am |

IT IS SO ORDERED.

Dated:   **May 22, 2023**                         /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Due to the press of business, the Court cannot accommodate the parties' request to continue the Settlement Conference by five days.  The parties are free to contact the Courtroom Deputy to propose an alternative date(s); otherwise, the Settlement Conference remains set for November 2, 2023.  (*See* Doc. 55.)