1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ADVANCED BIOTECH LLC., a California limited liability company, and DALE BARNES, a California individual,<br><br>Plaintiffs,<br><br>v.<br><br>BIOWORLD USA, INC., a California corporation; DONALD DAMSCHEN, a California individual, and DIANE BARNES, a California individual,<br><br>Defendants. | Case No. 1:19-cv-01215-JLT-SKO<br><br>[~~PROPOSED~~] ORDER *re* JOINT STIPULATION *re* PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF TRADEMARK OWNERSHIP [ECF 62] |

The matter before the Court is Plaintiffs ADVANCED BIOTECH LLC and DALE BARNES' ("Plaintiffs") and Defendants BIOWORLD USA, INC., DONALD DAMSCHEN, and DIANE BARNES' ("Defendants") *Joint Stipulation re Plaintiffs' Motion for Partial Summary Judgment and/or Summary Adjudication of Trademark Ownership*. Having considered the parties' submission, parties' request is GRANTED and the Court finds and Orders as follows:

1. Plaintiff Advanced Biotech owns a valid, protectable trademark in the BIOWORLD PRODUCTS and BIOWORLD trademarks as applied to goods and services in International Class 001, as recited in U.S. Registration Nos. 5,712,872 and 6,274,854, respectively. Such ownership has been conclusively proven for purposes of trial in this case.

2. Defendants' Thirteenth Affirmative Defense (ECF 52 at 7:4-6) is dismissed *with prejudice*.

3. Defendants' Eighteenth Affirmative Defense (ECF 52 at 7:23-28) is dismissed *with prejudice* to the extent that Defendants may seek to rely upon it as a defense to Advanced Biotech's ownership of valid, protectable trademark rights in the BIOWORLD marks.

4. Defendants' Twentieth Affirmative Defense (ECF 52 at 8:6-23) is dismissed *with prejudice* to the extent that Defendants may seek to rely upon it as a defense to Advanced Biotech's ownership of valid, protectable trademark rights in the BIOWORLD marks.

5. Facts otherwise alleged in Defendants' Eighteenth and Twentieth Affirmative Defenses may be raised on the issues of trademark infringement, enforceability, and remedies (*e.g.,* laches, statute of limitations), while Plaintiffs preserve all objections and counter-arguments thereto.

6. Plaintiffs' Motion at ECF 62 is denied *as moot* and the noticed December 22, 2023 hearing date is vacated.

IT IS SO ORDERED.

Dated:   **December 1, 2023**

UNITED STATES DISTRICT JUDGE